UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON ILLGE,

                    Plaintiff,

          -against-

METRO ONE LOSS PREVENTION SERVICES
(GUARD DIVISION NY), INC. and THE LOSS
PREVENTION GROUP, INC.,

                    Defendants.

25-CV-9250 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 23, 2026, Defendants filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 19.

Consistent with Individual Rule in Civil Cases (4)(e), it is hereby ORDERED that, by no later than April 2, 2026, Plaintiff must notify the Court by letter whether Plaintiff: (i) intends to file an amended complaint in response to the motion to dismiss, or (ii) will rely on the complaint that is the subject of the motion to dismiss.

If Plaintiff elects not to file an amended complaint, the motion will proceed in the regular course, and the Court is unlikely to grant Plaintiff a further opportunity to amend to address the purported deficiencies made apparent by the fully briefed arguments in Defendants' motion. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC*, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility"); *accord F5 Capital v. Pappas*, 856 F.3d 61, 89–90 (2d Cir. 2017). The time to file opposing and reply papers shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court.

If Plaintiff elects to file an amended complaint, she must file the amended complaint by

no later than 14 days after notifying the Court of its intent to do so. Within 21 days of such amendment, Defendants may either (i) file an answer to the amended complaint, (ii) file a motion to dismiss the amended complaint, or (iii) notify the Court by letter that they are relying on the initially filed motion to dismiss.

This Order does nothing to alter the Court's mediation referral order. *See* ECF No. 18.

Dated: March 25, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge