UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON ILLGE,

Plaintiff,

-against-

METRO ONE LOSS PREVENTION SERVICES (GUARD DIVISION NY), INC. and THE LOSS PREVENTION GROUP, INC.,

Defendants.

25-CV-9250 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Given the mediation conference currently scheduled for September 30, 2026, the initial pretrial conference currently scheduled for September 16, 2026, at 12:00 p.m. is hereby ADJOUNRED *sine die*. As previously directed, the parties are ORDERED to file a joint status letter no later than one week following the mediation conference—by October 7, 2026. Should mediation be unsuccessful, the Court will reschedule the initial pretrial conference.

Dated: August 25, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge