UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON ILLGE,

Plaintiff,

-against-

METRO ONE LOSS PREVENTION SERVICES (GUARD DIVISION NY), INC. and THE LOSS PREVENTION GROUP, INC.,

Defendants.

25-CV-9250 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that the mediation conference in this matter has been rescheduled from September 30, 2026, to October 26, 2026, the parties' joint status letter is now due no later than November 2, 2026—one week following the conference. *See* ECF No. 34. Similarly, should mediation be unsuccessful, the parties are again directed to file an Amended Civil Case Management Plan and Scheduling Order alongside their joint status letter, no later than November 2, 2026. *See* ECF No. 36.

Dated: September 8, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge