UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON ILLGE,

Plaintiff,

-against-

METRO ONE LOSS PREVENTION SERVICES (GUARD DIVISION NY), INC., et al.,

Defendants.

25-CV-9250 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Given Plaintiff's amended complaint, ECF No. 27, and Defendants' answer to the amended complaint, ECF No. 29, the Court DENIES Defendants' prior motion to dismiss, ECF No. 19, as moot.

The Clerk of Court is directed to terminate ECF No. 19.

Dated: October 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge